**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**LISA WATSON and LORETTA LAWSON,**                          **PLAINTIFFS**
**individually and on behalf of all others
similarly situated**

**V.**                      **4:03-CV-00519 GTE**

**PHILIP MORRIS COMPANIES, INC.
and PHILIP MORRIS, INC.**                                          **DEFENDANTS**

## ORDER IMPOSING LIMITED STAY

Before the Court is Defendant Philip Morris USA Inc.'s Motion to Stay. Therein, Philip Morris USA requests a stay pending resolution of its Motion for Summary Judgment, filed on December 22, 2005. The motion raises issues of federal preemption and an exemption to Arkansas' Deceptive Trade Practices Act ("DTPA"). If granted, the motion will be dispositive of the entire case.

For good cause shown and without objection from Plaintiffs,

IT IS HEREBY ORDERED THAT Defendant Philip Morris USA's Motion to Stay (Docket No. 39) be, and it is hereby, GRANTED. All proceedings in this case, including but not limited to any briefing and discovery related to Plaintiffs' Motion for Class Certification, are hereby stayed. This stay shall not apply to any briefing, discovery, or proceedings necessary to resolve the pending Motion for Summary Judgment.

IT IS SO ORDERED THIS  27th  day of December, 2005.

                                                                 /s/Garnett Thomas Eisele
                                                                 UNITED STATES DISTRICT JUDGE