**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**LISA WATSON and LORETTA LAWSON,**  **PLAINTIFFS**
**individually and on behalf of all others**
**similarly situated**

**V.**                              **4:03-CV-00519 GTE**

**PHILIP MORRIS COMPANIES, INC.**
**and PHILIP MORRIS, INC.**                  **DEFENDANTS**

## ORDER IMPOSING STAY

Before the Court is Plaintiffs' Motion to Stay. Therein, Plaintiffs requests a stay of all proceedings in this lawsuit, including briefing and resolution of the pending Motion for Summary Judgment, pending disposition by the United States Supreme Court of a Petition for Certiorari to be filed by Plaintiffs. If granted, the United States Supreme Court will revisit the issue of this Court's subject matter jurisdiction. If denied, Plaintiffs have agreed to stipulate to the entry of summary judgment in favor of Defendants. Proceeding in this fashion is likely to conserve judicial and party resources. Defendants do not oppose the requested stay.

Accordingly,

IT IS HEREBY ORDERED THAT Plaintiffs' Motion to Stay (Docket No. 36) be, and it is hereby, GRANTED. All proceedings in this case are hereby stayed until directed otherwise by this Court. The parties are directed to notify the Court promptly upon resolution by the United States Supreme Court of the pending Petition for Certiorari.

IT IS SO ORDERED THIS 30thday of January, 2006.

      /s/Garnett Thomas Eisele
      UNITED STATES DISTRICT JUDGE