**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**CLASS ACTION COMPLAINT**

| | |
|---|---|
| **LISA WATSON and LORETTA LAWSON,** individually and on behalf of all others similarly situated | **PLAINTIFFS** |
| **v.**       4:03-CV-00519 GTE | |
| **PHILIP MORRIS COMPANIES, INC. and PHILIP MORRIS, INC.** | **DEFENDANTS** |

**ORDER LIFTING STAY AND REMANDING CASE**

At the direction of the Eighth Circuit Court of Appeals in its Judgment entered on August 14, 2007, and filed herein as docket No. 50, and pursuant to the United States Supreme Court's June 11, 2007 decision in *Watson v. Philip Morris Cos., Inc.*, 127 U.S. 2301 (2007), this Court lacks subject matter jurisdiction based on the federal officer removal provision[1] relied upon by Defendants in removing this case to federal court.

IT IS THEREFORE ORDERED THAT the Stay imposed by this Court on January 30, 2006 (docket no. 38) be, and it is hereby, lifted.

IT IS FURTHER ORDERED THAT the case be, and it is hereby, REMANDED back to the Circuit Court of Pulaski County, Arkansas, from which it was removed. The Clerk of the Court is directed to take the appropriate action to facilitate the transfer forthwith.

IT IS SO ORDERED THIS 21st day of August, 2007.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1442(a)(1).